**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PROSPERO GONZALEZ,

Petitioner,

v.

STEPHEN SPAULDING,

Respondent.

No. 4:22-CV-01663

(Chief Judge Brann)

**ORDER**

**AND NOW**, this 28th day of December 2022, in accordance with the

accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.   Petitioner Prospero Gonzalez's petition for a writ of habeas corpus
     pursuant to 28 U.S.C. § 2241 is **DISMISSED**.

2.   The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge